# Ex. 1

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

Respondent Name:
AJTZAC-OSORIO, LUIS DAVID

To:
Sniffin, Ondine Galvez
11 S. ANGELL ST. 495
PROVIDENCE, RI 02906

A-Number:
246-879-976
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
10/16/2025

## ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ the Department of Homeland Security has filed a motion to terminate these proceedings, and the non-moving party was accorded notice and an opportunity to respond. The motion is ☑ opposed ☐ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to terminate is ☑ granted ☐ with ☑ without prejudice ☐ denied because:

- ☐ The Department of Homeland Security ☐ met ☐ did not meet its burden of proving by clear and convincing evidence that Respondent is removable as charged. 8 C.F.R. § 1240.8(a).
- ☐ Respondent ☐ met ☐ did not meet the burden of proving that Respondent is clearly and beyond a doubt entitled to admission to the United States and is not inadmissible as charged. 8 C.F.R. § 1240.8(b)-(c).
- ☐ Other.
- ☑ Further analysis/explanation:

Respondent has approved I-360 application.



Immigration Judge: Olson, Christine 10/16/2025

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☐ | waived | ☑ | reserved |
| | Respondent: | ☑ | waived | ☐ | reserved |
| Appeal Due: | 11/17/2025 | | | | |

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : AJTZAC-OSORIO, LUIS DAVID | A-Number : 246-879-976
Riders:
Date: 10/16/2025 By: Park, Brian, Court Staff

# Ex. 2

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

| | |
|---|---|
| Respondent Name:<br>AJTZAC-OSORIO, LUIS DAVID<br>To:<br>Sniffin, Ondine Galvez<br>11 S. ANGELL ST. 495<br>PROVIDENCE, RI 02906 | A-Number:<br>246-879-976<br>Riders:<br>In Custody Redetermination Proceedings<br><br>Date:<br>10/16/2025 |

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
Respondent is subject to mandatory detention.

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☐ Other:

Immigration Judge: Olson, Christine 10/16/2025

| | | | |
|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ waived | ☐ reserved |
| | Respondent: | ☐ waived | ☑ reserved |
| Appeal Due: | 11/17/2025 | | |

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : AJTZAC-OSORIO, LUIS DAVID | A-Number : 246-879-976

Riders:

Date: 10/16/2025 By: Park, Brian, Court Staff

# Ex. 3

**Subject:** Re: Luis Osorio IJ orders
**Date:** Thursday, October 16, 2025 at 7:59:00 PM Eastern Daylight Time
**From:** Ondine Sniffin
**To:** Alex Peredo Carroll
**Attachments:** image001.png

Hi Alex,

As we discussed earlier, I have made several efforts to notify ERO about the termination of proceedings in Luis' case. I emailed the Boston Ice Outreach link and I provided a copy of the IJ's order. I did that at 10:45am this morning. I also had the AILA ICE liaisons reach out to ERO and they have not had any response either.

Please let me know if you need any further information from me.

Thanks
***Ondine Galvez Sniffin, Esq.***
405 County St.
New Bedford, MA 02740
t: 774-328-8297
f: 774-206-1950

**CONFIDENTIALITY NOTICE:** This email, the information contained herein and any and all attachments hereto are intended to be and are legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient of this e-mail, you are hereby notified that any use thereof, including but not limited to any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on it is strictly prohibited. If you have received this email in error, please immediately notify the sender, delete the email and any and all attachments to it and confirm to the sender via return e-mail that you have complied with theses directives. Thank you.

---

Virus-free.www.avast.com

On Thu, Oct 16, 2025 at 12:05 PM Alex Peredo Carroll <aperedocarroll@mabelcenter.org> wrote:

> Thank you!

**Alexandra Peredo Carroll (she/her)**

**Director of Legal Education and Advocacy**

MABEL CENTER FOR IMMIGRANT JUSTICE

200 Portland Street

5th Floor

Boston, MA 02114

Main: (617) 417-4325

---

**From:** Ondine Sniffin <ondine@galvezsniffin.lawyer>
**Date:** Thursday, October 16, 2025 at 12:02 PM
**To:** Alex Peredo Carroll <aperedocarroll@mabelcenter.org>
**Subject:** Luis Osorio IJ orders

Hi Alex,

Here are both orders.

Ondine

***Ondine Galvez Sniffin, Esq.***

405 County St.

New Bedford, MA 02740

t: 774-328-8297

f: 774-206-1950

**CONFIDENTIALITY NOTICE:** This email, the information contained herein

and any and all attachments hereto are intended to be and are legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient of this e-mail, you are hereby notified that any use thereof, including but not limited to any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on it is strictly prohibited. If you have received this email in error, please immediately notify the sender, delete the email and any and all attachments to it and confirm to the sender via return e-mail that you have complied with theses directives. Thank you.

Virus-free.www.avast.com