**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LUIS DAVID AJTZAC OSORIO,<br><br>Petitioner,<br>v.<br><br>PATRICIA HYDE, Field Office Director; TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security; and PETE HEGSETH, U.S. Secretary of War,<br><br>Respondents. | CA No.: 1:25-CV-12678-DJC |

**RESPONDENTS' STATUS REPORT REGARDING BOND HEARING**

Pursuant to this Court's Order (Doc. No.:17), Respondents respectfully provide the Court with the following status update:

1. A bond hearing was held on October 31, 2025, and Petitioner was granted bond.

Respectfully submitted,

LEAH B FOLEY
United States Attorney

Dated: November 3, 2025

By: */s/ Michael Sady*
MICHAEL SADY
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3362
Email: michael.sady@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 3, 2025

By: */s/ Michael Sady*
MICHAEL SADY
Assistant United States Attorney